UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

IN RE:

        MOHAMMAD MOINUDDDIN

                   Debtor,
--------------------------------------------------------x

Case No. 1-20-40970-nhl

NOTICE OF MOTION

Chapter 13

| | |
|---|---|
| Motion by: | WILLIAM WHALEN, ESQ., KAREN A. ROBINSON, of Counsel, DC 37 MUNICIPAL EMPLOYEES LEGAL SERVICES PLAN, Attorneys for Debtor |
| Date and Time: | August 19, 2020 at 11:30 a.m. or as soon thereafter as counsel can be heard, |
| Place: | UNITED STATES BANKRUPTCY COURT 271 Cadman Plaza East, Brooklyn, New York Court Room 3577 |
| Judge: | The Honorable Nancy Hersey Lord |
| Supporting Papers: | Affirmation of Karen A. Robinson, dated July 14, 2020 |
| Relief Demanded: | Disallow Claim #1 filed by Rafolin Corp. |

Dated: New York, New York
       July 14, 2020

WILLIAM WHALEN, ESQ.
KAREN A. ROBINSON, of Counsel
Attorneys for Debtor
DC 37 MUNICIPAL EMPLOYEES LEGAL
SERVICES PLAN
55 Water Street, 23rd Floor
New York, New York 10041
(212) 815-1860

Marianne De Rosa
Office of the Chapter 13 Trustee
100 Jericho Quadrangle – Suite 127
Jericho, New York 11753

Rafolin Corp.
c/o Hankin & Mazel, PLLC
60 Cutter Mill Road- Suite 505
Great, Neck, New York 11021

Office of the United States Trustees
Eastern District of New York (Brooklyn)
U.S. Federal Office Building
201 Varick Street – Suite 1006
New York, New York 10014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE:

       Case No. 1-20-40970-nhl

     MOHAMMAD MOINUDDDIN

       Chapter 13

             Debtors,       ATTORNEY'S AFFIRMATION
-----------------------------------------------------------x

     KAREN ROBINSON, an attorney duly admitted to practice before this court, affirms the

following under penalty of perjury:

    1.     I am the attorney for the debtor in the above case and I am making this

affirmation in support of a motion objecting to claim (#1) filed herein by Rafolin Corp.

    2.     This is a core proceeding pursuant to 28 USC §157.

    3.     Debtor filed his bankruptcy petition on February 18, 2020.

    4.     This is a motion objecting to claim #1 pursuant to 11 U.S.C. 502 (b) and

Bankruptcy Rule 3007.

    5.     On or about March 26, 2020, Rafolin Corp. filed a claim in this proceeding in the

amount of $55,808.01. (See Exhibit "A")

    6.     Pursuant to the provisions of Bankruptcy Rule 3001 (b) said claim should be

stricken for a number of reasons:

              a)   Rafolin Corp. claims this is a debt secured by the debtor's principal residence

                  but has failed to file and attach a Mortgage Proof of Claim Attachment

                  (official form 410 A) with this proof of claim.

              b)   Rafolin Corp. claims to have a statutory claim on the shares but fails to attach

                  proof of such perfection.

c) Rafolin Corp. has attached no monthly statements or any agreement which might prove the existence of this debt.

d) Rafolin Corp. has failed to attach any account statement/summary which itemizes their claim and identifies the amount claimed for maintenance and additional maintenance for cooperative apartments pursuant to #8 of the filed proof of claim.

WHEREFORE, it is respectfully requested that this claim be disallowed.

Dated: New York, New York

July 14, 2020

KAREN A. ROBINSON

EXHIBIT "A"

Fill in this information to identify the case:

Debtor 1     MOHAMMAD MOINUDDDIN

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of New York

Case number   1-20-40970-NHL

## Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

RAFOLIN CORP.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

HANKIN & MAZEL, PLLC
Name

60 CUTTER MILL ROAD, STE 505
Number     Street

GREAT NECK     NY     11021
City     State     ZIP Code

Contact phone 516-499-5800

Contact email mgoldberg@hankinmazel.com

Where should payments to the creditor be sent? (if different)

Name

Number     Street

City     State     ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

6. **Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. **How much is the claim?** $ _____ 55,808.01 . Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Maintenance and additional maintenance for cooperative apartment

9. **Is all or part of the claim secured?**
☐ No
☑ Yes. The claim is secured by a lien on property.
**Nature of property:**
☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** The Coop Corp. has a statutory first lien on the shares.
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ 300,000.00
**Amount of the claim that is secured:** $ 55,808.01

**Amount of the claim that is unsecured:** $ 0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ 55,808.01

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

10. **Is this claim based on a lease?**
☐ No
☑ Yes. Amount necessary to cure any default as of the date of the petition. $ 55,808.01

11. **Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Official Form 410      **Proof of Claim**      page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/26/2020
                  MM / DD / YYYY

/s/ Matthew L. Goldberg, Esq.
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Matthew Lawrence Goldberg | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Hankin & Mazel, PLLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 60 Cutter Mill Road, suite 505 | | |
| | Number    Street | | |
| | great neck | ny | 11021 |
| | City | State | ZIP Code |
| Contact phone | 516-499-5800 | Email mgoldberg@Hankinmazel.com | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

PRESENTMENT DATE: August 20, 2020
PRESENTMENT TIME: 3:00 p.m.

IN RE

CHAPTER 13

MOHAMMAD MOINUDDDIN,

CASE NO. 1-20-40970-nhl

DEBTOR

JUDGE: The Hon. Nancy Hershey Lord

## AFFIRMATION OF SERVICE BY MAIL

STATE OF NEW YORK    )
)ss:
COUNTY OF ROCKLAND )

I, KAREN A. ROBINSON, an attorney admitted to practice before this court,

being sworn say, I am not a party to this action; I am over 18 years of age, I reside in

Rockland County, New York.

On July 15, 2020 I served the within Motion to Disallow a Claim upon:

TO:    Rafolin Corp.
c/o Hankin & Mazel, PLLC
60 Cutter Mill Road- Suite 505
Great, Neck, New York 11021

Karen A. Robinson

Marianne De Rosa
Office of the Chapter 13 Trustee
100 Jericho Quadrangle – Suite 127
Jericho, New York 11753

Office of the United States Trustees
Eastern District of New York (Brooklyn)
U.S. Federal Office Building
201 Varick Street – Suite 1006
New York, New York 10014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Case No. 1-20-40970-nhl

IN RE

MOHAMMAD MOINUDDIN

MOTION TO DISALLOW CLAIM

### WILLIAM WHALEN, ESQ.
KAREN A. ROBINSON, of Counsel
Attorney(s) for Debtor
DC 37 Municipal Employees Legal Services
55 Water Street - 23rd Floor
New York, New York 10041
(212) 815-1860

To:

Signature (Rule 130.1.1a)

Attorneys for

_____
KAREN A. ROBINSON

Service of the within is hereby admitted
Dated:

PLEASE TAKE NOTICE:

☐ NOTICE OF ENTRY

That the within is a (certified) true copy of a

Duly entered in the office of the clerk of the within named court on

☐ NOTICE OF SETTLEMENT

That the within satisfaction of judgment/release of which the within is a true original will be presented for to the within named

Court, at

Dated:

Yours, etc.

**WILLIAM WHALEN**